**Entered on Docket
November 18, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

ALLAN D. JENSEN, ESQ.
Bar No. 001234
6165 Ridgeview Ct., Ste. E.
P.O. Box 167
Reno, NV  89504
(775)329-8494
adjatty@earthlink.net
Attorney for Greater Nevada Credit Union
Greater Nevada Mortgage Services, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>LINDA MARY CHARLES,<br><br><br>Debtor | Bankruptcy No.  BK-N-09-51825-gwz<br>(Chapter 7)<br><br>Hearing Date:  October 27,2009<br>Hearing Time:  10:00 a.m.<br>Estimated Time:  5 minutes |

### ORDER TERMINATING AUTOMATIC STAY

    Greater Nevada Mortgage Services, LLC and Greater Nevada Credit Union having moved the court for relief from the stay of 11 U.S.C. § 362 with respect to that certain part or parcel of real property commonly known and referred to as 3525 Bigelow Drive, Carson City, Nevada 89701 and no opposition or objections thereto being filed thereto:

IT IS HEREBY ORDERED, relief from the stay of 11 U.S.C. 362(a) shall be granted to Greater Nevada Credit Union and Greater Nevada Mortgage Service Corporation as to that certain part and parcel of real property commonly known and referred to as 3525 Bigelow Drive, Carson City, Nevada 89701,

SUBMITTED BY:

/s/ ALLAN D. JENSEN_____
ALLAN D. JENSEN, ESQ.
6165 Ridgeview Ct., Ste. E.
P.O. Box 167
Reno, NV  89504

Attorney for Greater Nevada Credit Union
              and
Greater Nevada Mortgage Services, LLC

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____The court has waived the requirement of approval under LR 9021.

\_\_\_X\_\_\_No parties appeared or filed written objections.

On May 13, 2009, I delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order or failed to respond, as indicated below:

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.
\_\_    \_\_\_\_\_

Dated: November 17, 2009.

/s/ Allan D. Jensen
_____